

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                        **(312) 435-5670**
**Clerk**

**Transfer of Criminal Case**

5/11/2026

Southern District of New York

Case Title:  USA v. Sklarov

Northern District of Illinois Case No.:  1:26-cr-00199-1    Other Court's Case No.:  26 CRIM 165

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                                        ☐ In   ☒ Out

☒ Order.
☒ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**   ☐ In   ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
May 11, 2026

Revised 10/03/16

☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and
   the docket sheet.

☐ **F.R.Cr.P. 20**   ☐ **F.R.Cr.P. 21**                    ☐ In   ☐ Out

☐ Indictment.

☐ Information.

☐ Superseding Indictment.

☐ Superseding Information.

☐ Sentencing Order.

☐ Consent to Transfer Jurisdiction.


                                        Sincerely,
                                        Thomas G. Bruton, Clerk of Court

                                        By: /s/B. Irizarry
                                            Deputy Clerk


_____

TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

                                        Clerk, U.S. District Court
Date:                                   By:
                                        Deputy Clerk

Revised 10/03/16